# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129332

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL JOHN DRAKE and
SUSANNA KAY DRAKE,
        Plaintiffs-Appellants,

v

MICHIGAN DEPARTMENT OF
TREASURY, STATE TREASURER,
        Defendant-Appellee.

SC: 129332
COA: 260851
Ct of Claims: 04-000048-MM

_____/

      On order of the Court, the application for leave to appeal the July 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

11219